**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MARY P. HEINES, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:26-cv-77-JDK-JDL |
| § | |
| TWIN CITY FIRE INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiffs Mary P. Heines and Jack Pollard d/b/a Tomas G. Pollard Jr. d/b/a Estate, Undivided Partial Interest filed this lawsuit against Defendant Twin City Fire Insurance Company on February 4, 2026.  Docket No. 1.  This case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on March 17, 2026.  Docket No. 8.  On May 7, 2026, Judge Love issued a Report recommending that Defendant's motion to dismiss be granted as to Plaintiffs' claims under Texas Insurance Code §§ 541.060(a)(1) and 541.060(a)(4) and that Defendant's motion be denied as to all of Plaintiffs' other claims.  Docket No. 16. Judge Love further recommended that Plaintiffs be given an opportunity to replead their claims under Texas Insurance Code §§ 541.060(a)(1) and 541.060(a)(4).  *Id.* Plaintiffs did not timely file objections.

1

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 16) as the findings of this Court. Defendant's motion to dismiss (Docket No. 8) is **GRANTED** as to Plaintiffs' claims under Texas Insurance Code §§ 541.060(a)(1) and 541.060(a)(4) and **DENIED** as to Plaintiffs' other claims. Plaintiffs are **GRANTED** leave to file an amended complaint to address the deficiencies of their claims under Texas Insurance Code §§ 541.060(a)(1) and 541.060(a)(4). Any amended complaint shall be filed within **14 days** of the issuance of this order.

So **ORDERED** and **SIGNED** this **27th** day of **May, 2026.**

_____

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

3